CHARLES LEICHT, as Administrator, etc., Respondent, *v.* THE MANHATTAN RAILWAY Co., Appellant.

APPEAL from judgment entered upon findings and conclusions.

*Julien T. Davies* and *Ezra A. Tuttle*, for appellant.

*W. W. Badger*, for respondent.

*Per Curiam.* Judgment affirmed, with costs.

Present: SEDGWICK, Ch. J., and MCADAM, J.
Judgment affirmed, with costs.

---

LA SOCIETE ANONYME DE MERBLES LE CHATEAU, Respondent, *v.* THE DAVIDSON SONS MARBLE Co., Appellant.

APPEAL from order denying motion to vacate order of examination.

*Edward C. O'Brien*, for appellant.

*Omar Powell*, for respondent.

*Per Curiam.* Order affirmed, with ten dollars costs and disbursement to be taxed.

Present: SEDGWICK, Ch. J., and MCADAM, J.
Order affirmed, with ten dollars costs and disbursements.